JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-03221 PSG (RAOx) | Date | June 7, 2024 |
|---|---|---|---|
| Title | Aleksan Petrosyan v. Mercedes-Benz USA, LLC et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Derek Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order GRANTING Plaintiff's motion to remand.

Before the Court is Plaintiff Aleksan Petrosyan's ("Plaintiff") motion to remand this suit to Los Angeles Superior Court. *See generally* Dkt. # 10 ("*Mot.*"). Pursuant to Local Rule 7-9, Defendant Mercedes-Benz USA, LLC ("Defendant") was required to oppose the motion by May 24, 2024, but Defendant failed to timely oppose. *See* Dkt. # 12. The Local Rules permit the Court to treat Defendant's late opposition as consent to granting Plaintiff's motion—*i.e.*, here, remanding the case. *See* L.R. 7-12. The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Because the motion is effectively unopposed, the Court **GRANTS** Plaintiff's motion to remand.

   **IT IS SO ORDERED.**